FILED
JOHN P. HEHMAN
CLERK

13 MAY -2 AM 10: 44

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:13cr079 |
| Plaintiff, | : | **INFORMATION** |
| vs. | : | WALTER HERBERT RICE |
| **RONALD BENNETT,** | : | |
| Defendant. | : | |

---

The United States Attorney for the Southern District of Ohio alleges:

COUNT ONE

[18 U.S.C. § 2423(b)]

Between on or about June 7, 2006, and on or about June 17, 2006, in the Southern District of Ohio and elsewhere, the defendant, RONALD BENNETT, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(f), with other persons.

In violation of Title 18, United States Code, Section 2423(b).

CARTER M. STEWART
United States Attorney

*[signature]*

LAURA I. CLEMMENS
Chief, Dayton Branch

Page 1 of 1